UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LARAINE MARTIN,                                             :
                                  Plaintiff,                :
                                                            :   19 Civ. 3635 (LGS)
            -against-                                       :
                                                            :   ORDER
PORT AUTHORITY TRANS-HUDSON                                 :
CORPORATION,                                                :
                                  Defendant.                :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/08/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a case management conference is scheduled for January 30, 2020;

WHEREAS, a settlement conference before Judge Parker is scheduled for February 20, 2020.  It is hereby

**ORDERED** that the case management conference, scheduled for January 30, 2020, is adjourned to **March 12, 2020, at 10:40 a.m.**

Dated: January 8, 2020
       New York, New York

_____
        LORNA G. SCHOFIELD
       UNITED STATES DISTRICT JUDGE