```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------------X  ELECTRONICALLY FILED
                                          :     DOC #:_____
LARAINE MARTIN,                           :     DATE FILED: 02/20/2020
                        Plaintiff,        :
                                          :     19 Civ. 3635 (LGS)
            -against-                     :
                                          :              ORDER
PORT AUTHORITY TRANS-HUDSON               :
CORPORATION,                              :
                        Defendant.        :
------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELED.

Dated: February 20, 2020
       New York, New York

                                              LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE